IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH VAN MOORSEL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:24-CV-3390-DMC-P<br><br><br><br>ORDER<br><br>and<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. The case was removed from the Sacramento County Superior Court on December 5, 2024. See ECF No. 1. Pending before the Court is Plaintiff's motion to remand this matter to state court. See ECF No. 7. Defendants have filed a statement of non-opposition to Plaintiff's motion. See ECF No. 8.

The matter was removed to this Court based on federal question jurisdiction arising from Plaintiff's first cause of action alleging violation of her rights under the Eighth Amendment. See ECF No. 1. All other claims raised in the original complaint were state law claims. See id. On December 27, 2024, Plaintiff filed a first amended complaint omitting the Eighth Amendment claim and presenting only state law claims. See ECF No. 6. In Plaintiff's unopposed motion to remand, Plaintiff argues that the matter should be remanded because the case no longer presents a basis for federal question jurisdiction. See ECF No. 7.

1

The Court agrees.  Where, as here, federal law claims have been dismissed from a lawsuit in its early stages and only state law claims remain, the District Court may remand the matter back to state court.  See Carnegie Mellon Univ. v. Cohill, 484 U.S. 343 (1988); see also 28 U.S.C. § 1367(c).  This Court has remanded other cases under similar circumstances.  See Gonzalez v. Cal. Highway Patrol, 202 U.S. DIst. LEXIS 152348 at *5-6 (E.D. Cal. 2021); Crippen v Int'l Paper Co., 2024 U.S. Dist. LEXIS 48844 at *33-34 (E.D. Cal. 2024).

Based on the foregoing, the undersigned orders and recommends as follows:

1. It is ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case.

2. It is RECOMMENDED that Plaintiff's unopposed motion to remand, ECF No. 7, be granted and that this matter be remanded to the Sacramento County Superior Court.

3. It is RECOMMENDED that Defendants' request for clarification, ECF No. 3, be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 6, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE